MIRIAM BLUMENTHAL, Respondent, *v.* PICTURE CLASSICS, INC., et al., Appellants.

(Argued November 30, 1932; decided January 10, 1933.)

*David Vorhaus* and *Alfred Beekman* for appellants.
*Jay Leo Rothschild* and *Harry Roter* for respondent.

Order affirmed, with costs. First question certified not answered. Second question certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: KELLOGG, J.